THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MARTIN V. CHAPMAN, PLAINTIFF IN ERROR.

Submitted July 8, 1903—Decided February 29, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Wheaton Berault* and *Howard Carrow.*

For the defendant in error, *J. Hampton Fithian.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Fort, reported in 40 *Vroom* 464.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 10.

*For reversal*—None.